IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANA MERCEDES RAMOS-RAMOS, :
:
    Petitioner :
:
v. : CIVIL NO. 4:14-CV-01745
:
ERIC HOLDER, et al. : (Judge Brann)
:
    Respondents :

ORDER

**AND NOW, ON THIS 27TH DAY OF JANUARY, 2015**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is direct to **CLOSE** this case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge